UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN GROMMONS, | Case No. 2:14-cv-00353-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| CENTURYLINK COMMUNICATIONS, LLC, | |
| Defendant. | |

Before the court is the parties' Notice of Settlement (Dkt. #13) filed October 8, 2014. The parties indicate that a settlement has been reached and anticipate dismissal papers being filed within sixty days.   Accordingly,

**IT IS ORDERED** that the parties shall have until **December 7, 2014,** in which to file a stipulation to dismiss or, alternatively, a joint status report advising the court of the status of settlement and a date when the stipulation to dismiss will be filed.

DATED this 21st day of October, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1