Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*
Brian Grommons

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **BRIAN GROMMONS, on behalf of himself and all others similarly situated,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **CENTURYLINK, INC., AND CENTURYLINK COMMUNICATIONS, LLC.,** <br><br> **Defendants.** | **Case No.:** 2:14-cv-00353-APG-PAL <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

///

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff BRIAN GROMMONS' voluntary dismissal of the claims against CENTURYLINK, INC. and CENTURYLINK COMMUNICATIONS, LLC., in the above-captioned matter, with prejudice as to the named plaintiff, and without prejudice as to the putative class members, and without costs, disbursements, or attorney fees to any party.

Dated: October 27th, 2014

BY: */s/ Todd L. Bice*_____          BY:  _/s/ *Danny J. Horen*_____
    Todd L. Bice, Esq.                          Danny J. Horen, Esq.
    Attorney for Defendants                Attorney for Plaintiff

IT IS SO ORDERED:

Dated: October 27, 2014
_____          _____
                                                            UNITED STATES DISTRICT JUDGE